JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Thomas Ronald and Kathleen Ronald

### DEFENDANTS
Li Liwen and Xiaoyan Tang

**(b)** County of Residence of First Listed Plaintiff: Bucks
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Mercer
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Bryan A. George, Esq.
2337 Philmont Ave., Ste 208
Huntingdon Valley, PA 19006  (215)938-8949

Attorneys *(If Known)*
Unknown

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☒ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*
Tort

Brief description of cause:
Motor Vehicle - Personal Injury

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE: 06/19/2018

SIGNATURE OF ATTORNEY OF RECORD: *Bryan A. George*

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## CASE MANAGEMENT TRACK DESIGNATION FORM

| | | |
|---|---|---|
| THOMAS RONALD AND KATHLEEN RONALD | : | CIVIL ACTION |
| v. | : | |
| LI LIWEN and XIAOYAN TANG | : | NO. |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.   ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits.   ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.   (X)

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos.   ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.)   ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.   ( )

JUNE 19, 2018                                                                 PLAINTIFFS
**Date**                    **Attorney-at-law**              **Attorney for**

(215)938-8949          (609)391-7861                 BRYANAGEORGE@VERIZON.NET
**Telephone**              **FAX Number**                 **E-Mail Address**

(Civ. 660) 10/02

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**DESIGNATION FORM**
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: 5056 KRATZ CARRIAGE ROAD, PIPERSVILLE, PA 18947

Address of Defendant: 130 ARRENTON ROAD, PRINCETON, NJ 08540

Place of Accident, Incident or Transaction: BUCKS COUNTY, PENNSYLVANIA

---

*RELATED CASE, IF ANY:*

Case Number: _____   Judge: _____   Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?   Yes [ ]   No [X]

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?   Yes [ ]   No [X]

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?   Yes [ ]   No [X]

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?   Yes [ ]   No [X]

I certify that, to my knowledge, the within case [ ] is / [X] is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: JUNE 19, 2018   _____   43625
                      *Attorney-at-Law / Pro Se Plaintiff*   *Attorney I.D. # (if applicable)*

---

**CIVIL:** (Place a √ in one category only)

*A.   Federal Question Cases:*

1. Indemnity Contract, Marine Contract, and All Other Contracts
2. FELA
3. Jones Act-Personal Injury
4. Antitrust
5. Patent
6. Labor-Management Relations
7. Civil Rights
8. Habeas Corpus
9. Securities Act(s) Cases
10. Social Security Review Cases
11. All other Federal Question Cases
    *(Please specify):* _____

*B.   Diversity Jurisdiction Cases:*

1. Insurance Contract and Other Contracts
2. Airplane Personal Injury
3. Assault, Defamation
4. Marine Personal Injury
5. [X] Motor Vehicle Personal Injury
6. Other Personal Injury *(Please specify):* _____
7. Products Liability
8. Products Liability – Asbestos
9. All other Diversity Cases
   *(Please specify):* _____

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, BRYAN A. GEORGE, ESQ, counsel of record *or* pro se plaintiff, do hereby certify:

[X] Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

[ ] Relief other than monetary damages is sought.

DATE: JUNE 19, 2018   _____   43625
                      *Attorney-at-Law / Pro Se Plaintiff*   *Attorney I.D. # (if applicable)*

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

Civ. 609 (5/2018)

Bryan A. George, Esq.
Attorney ID: 43625
2337 Philmont Ave., Suite 208
Huntingdon Valley, PA 19006
(215)938-8949  F: (609)391-7861
bryanageorge@verizon.net

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS RONALD and KATHLEEN RONALD | : | |
| Plaintiff | : | CIVIL NO.: |
| v. | : | |
| | : | COMPLAINT |
| LI LIWEN and XIAOYAN TANG | : | |
| Defendants | : | |

### NATURE OF THE ACTION

The cause of action arises out as a result of an automobile accident that occurred on or about December 10, 2016.  The Plaintiff was stopped when Defendant, Li Liwen, struck Plaintiff in the rear.  This is an action in diversity between citizens of different States.

### JURISDICTION AND VENUE

1. The Plaintiffs are citizens of the Commonwealth of Pennsylvania.  The Defendants are citizens of the State of New Jersey.  The amount in controversy, without interest and costs, exceeds the sum or value specified in 28 USC § 1332.  Jurisdiction is conferred upon this Court pursuant to 28 USC § 1331.

2. Venue is proper in this district under 28 USC § 1391 (a) because the events giving rise to this litigation occurred in Pennsylvania.

1

## PARTIES

3. Plaintiffs, Thomas H. Ronald and Kathleen Ronald, are individuals and citizens of the Commonwealth of Pennsylvania residing therein at 5056 Kratz Carriage Road, Pipersville, Pennsylvania 18947.

4. Defendant, Li Liwen, is a citizen of the State of New Jersey residing therein at 130 Arrenton Road, Princeton, New Jersey 08540 and was the operator of the motor vehicle.

5. Defendant, Xiaoyan Tang, is a citizen of the State of New Jersey residing therein at 130 Arrenton Road, Princeton, New Jersey 08540 and is the owner of the motor vehicle involved in this accident.

## STATEMENT OF CLAIMS

6. As a result of the negligence of the Defendants, Plaintiff was caused to suffer severe and disabling injuries.

7. The Defendants owned and operated the motor vehicle involved in this accident.

8. At all times material hereto the Defendants acted through their duly authorized agents, servants, workman, and/or employees, who at all times material hereto were acting within the course and scope of that relationship.

9. On or about December 10, 2016, Plaintiff Thomas Ronald was stopped in a line of traffic on Route 313 in Bucks County, Pennsylvania when his vehicle was violently struck in the rear by the motor vehicle operated by Defendant Li Liwen and owned by Defendant Xiaoyan Tang.

## COUNT I
## THOMAS RONALD V. LI LIWEN and XIAOYAN TANG

10. Plaintiff hereby incorporates by reference the preceding paragraphs of this Complaint as though each were set forth herein at length.

11. As a result of the negligence of Defendants, Plaintiff was caused to sustain injuries in or about his head, neck, back, body, arms, legs, tendons, tissues, nerves and supporting structures along with severe shock to his nerves and nervous system. Plaintiff particularly sustained injuries to his hip requiring replacement, cervical spine, and his shoulder.

12. Plaintiff has been caused to undergo a course of medical treatment to his great detriment loss.

13. Plaintiff has been advised and therefore avers that all of his injuries are of a permanent nature and character.

14. Plaintiff has been caused to suffer pain and suffering and an inability to be involved in his normal daily activities and has sustained a loss of life's pleasures.

15. As a result of the injuries sustained in this incident, Plaintiff may have sustained a loss of earnings and earning capacity.

16. The negligence of the Defendant consisted of, but not limited to the following:

   a. Traveling at a high excessive rate of speed under the circumstances;
   b. Failure to keep an assured clear distance;
   c. Failure to take note of Plaintiff's vehicle on the roadway;
   d. Causing her vehicle to strike Plaintiff's vehicle in the rear while it was at a complete stop;
   e. Failure to observe the rules of the road and the mandates of the Pennsylvania Motor Vehicle Code;
   f. Failure to pay attention and make note of the traffic in front of her.

17. At all times material hereto Defendant Li Liwen was acting as an agent, servant, workman, and/or employee, of Defendant Xiaoyan Tang and as a result thereof Defendant Tang is responsible for the activities of his agent Li Liwen.

18. Alternatively, Defendant Li Liwen was the permissive user of the motor vehicle which was owned by Defendant Xiaoyan Tang.

3

19. As a result of the negligence of the Defendants, the Plaintiffs have been caused to sustain personal injury and incur medical bills and claims damages in excess of $75,000.00.

## COUNT II
## KATHLEEN RONALD v. LI LIWEN and XIAOYAN TANG

20. Plaintiff hereby incorporates by reference the preceding paragraphs of this Complaint as though each were set forth herein at length.

21. At all times material hereto Plaintiff Kathleen Ronald was married to Thomas Ronald and as a result of the injuries sustained by Thomas Ronald, Plaintiff Kathleen Ronald has sustained a loss of consortium.

22. As a result of the negligence of the Defendants, the Plaintiffs have been caused to sustain personal injury and incur medical bills and claims damages in excess of $75,000.00.

## REQUESTED RELIEF

**WHEREFORE**, Plaintiffs, Thomas and Kathleen Ronald, respectfully pray that this Court award the following relief:

a. Exercise jurisdiction over this matter;

b. Award Plaintiff damages for past, present and future physical and mental pain and suffering, loss of life's pleasures, medical expenses and lost wages;

c. Grant such other relief as the Court deems just proper and equitable, all of which is in excess of Seventy -Five Thousand Dollars ($75,000.00).

Respectfully submitted,

Dated: June 29, 2018

_Bryan A. George_
BRYAN A. GEORGE, ESQ.

4